| | | | | | | |
|---|---|---|---|---|---|---|
| **Title:** | ASIAN BOOTY | | | | **Network:** | BitTorrent |
| **SHA-1 Hash:** | 5C02EC4AC25A3A74CEA58D8A20A544EF5B17A75B | | | | **Swarm Date:** | 10/12/2010 |

| DOE# | IP | First Hit UTC | Last Hit UTC | City | State | ISP |
|---|---|---|---|---|---|---|
| 1 | 65.10.157.188 | 10/12/2010 1:29 | 10/13/2010 13:11 | Miami | FL | BellSouth.net |
| 2 | 174.61.105.237 | 10/8/2010 5:33 | 10/13/2010 5:44 | Miami | FL | Comcast Cable |
| 3 | 66.229.118.82 | 10/12/2010 7:15 | 10/17/2010 1:14 | Pompano Beach | FL | Comcast Cable |
| 4 | 66.229.92.116 | 9/30/2010 4:40 | 10/23/2010 4:10 | Pompano Beach | FL | Comcast Cable |
| 5 | 99.169.79.64 | 10/9/2010 19:14 | 10/21/2010 17:09 | Miami | FL | SBC Internet Services |

# EXHIBIT A

SFL5